UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

December 6, 2011

Mr. Jose Santana
U.S. Department of Justice
Federal Bureau of Prisons
Designation and Sentence Computation Center
U.S. Armed Forces Reserve Complex
346 Marine Forces Drive
Grand Prairie, TX 75051

    Re:    German Gerardo Fuentes, Register No. 32478-208
             Criminal Docket No. 4:08-CR-00217-03-BRW

Dear Mr. Santana:

In response to your November 16, 2011 letter, I support running Mr. German Fuentes's federal sentence concurrent to his later-imposed state sentence and ask the Bureau of Prisons to designate Mr. Fuentes accordingly.

The Government does not object to the federal and state sentences running concurrently.[1]

                                          Cordially,

                                          /s/ Billy Roy Wilson
                                          United States District Judge

cc:    All Counsel of Record
        Clerk of the Court

---

[1] Doc. No. 296. *United States v. German Fuentes*, No. 4:08-CR-00217-03-BRW (E.D. Ark. Dec. 5, 2011).